IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII FOODSERVICE ALLIANCE, LLC, a Hawaii limited liability company;<br><br>        Plaintiff,<br><br>   v.<br><br>MEADOW GOLD DAIRIES HAWAII, LLC, a Hawaii limited liability company; HOLLANDIA DAIRY, INC.*,* a California corporation; HERITAGE DISTRIBUTING COMPANY dba NINTH AVENUE FOODS, a California corporation; and SAPUTO DAIRY FOODS USA, LLC, a Delaware corporation;<br><br>        Defendants. | CIVIL NO. 21-00460 LEK-WRP<br><br>**DECLARATION OF KELLY G. LAPORTE** |

## DECLARATION OF KELLY G. LAPORTE

I, KELLY G. LaPORTE, hereby declare as follows:

1. I am a partner in Cades Schutte LLP, counsel for Plaintiff Hawaii Foodservice Alliance, LLC (“**Plaintiff**”) in the above-captioned lawsuit (“**Lawsuit**”).

2. This declaration, unless otherwise stated, is based on my personal knowledge and I am competent to testify about the matters contained herein.

3. Attached hereto as **Exhibit A** is a true and correct highlighted copy of the Expert Report of John B. Tidwell dated September 8, 2023 with its exhibits A and B provided to me and my office by counsel for Defendants in this Lawsuit.

4. Attached hereto as **Exhibit B** is a true and correct highlighted copy of excerpts of the transcript of the videotaped deposition of John Blakesley Tidwell, Ph.D., that I took in this Lawsuit on January 17, 2024 ("**Tidwell Deposition**"), which transcript has been maintained by my office in the normal course of business.

5. Attached hereto as **Exhibit C** is a true and correct copy of Tidwell's survey questions, which was Exhibit 3 to the Tidwell Deposition.

6. Attached hereto as **Exhibit D** is a true and correct highlighted copy of excerpts of the transcript of the deposition of Steven Harm Goldenstein, Jr., as a designated witness of Defendant Heritage Distributing Company dba Ninth Avenue Foods ("**Heritage**") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure that I took in this Lawsuit on May 23, 2023 and Exhibit 11 to that deposition, which transcript and exhibit has been maintained by my office in the normal course of business.

7. Attached hereto as **Exhibit E** is a true and correct highlighted copy of the Rebuttal Report of Ronald C. Goodstein, Ph.D. in response to the expert report of John B. Tidwell dated January 26, 2024, which Dr. Goodstein prepared for and provided to my office.

I declare, verify, certify, and state under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, May 28, 2024.

/s/ *Kelly G. LaPorte*
KELLY G. LaPORTE