IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HAWAII FOODSERVICE ALLIANCE, LLC, a Hawaii limited liability company; | CIVIL NO. 21-00460 LEK-WRP |
| Plaintiff, | **DECLARATION OF KELLY G. LAPORTE** |
| v. | |
| MEADOW GOLD DAIRIES HAWAII, LLC, a Hawaii limited liability company; HOLLANDIA DAIRY, INC.*,* a California corporation; HERITAGE DISTRIBUTING COMPANY dba NINTH AVENUE FOODS, a California corporation; and SAPUTO DAIRY FOODS USA, LLC, a Delaware corporation; | |
| Defendants. | |

## DECLARATION OF KELLY G. LAPORTE

I, KELLY G. LAPORTE, declare as follows:

1.     I am a partner in the law firm of Cades Schutte LLP and represent Plaintiff Hawaii Foodservice Alliance, LLC ("**HFA**") in the above-captioned matter (the "**Lawsuit**").  I am competent to testify and offer this declaration based on my personal knowledge.

2.     Attached hereto as **Exhibit A** is a true and correct highlighted copy of the expert report prepared by Thomas J. Maronick, DBA, JD, titled "An Empirical Analysis of Hawaii Consumers' Perceptions of Claims Made on Meadow Gold

Dairies Hawaii, LLC's Milk and Dairy Containers" and dated July 10, 2023, which report was prepared for and provided to my office.

3.      Attached hereto as **Exhibit B** is a true and correct highlighted copy of the supplemental expert report prepared by prepared by Thomas J. Maronick, DBA, JD, titled "Reply to Expert Rebuttal Report of Sarah Butler" and dated November 3, 2023, which report was prepared for and provided to my office.

4.      Attached hereto as **Exhibit C** is the expert report prepared by Sarah Butler for Defendants, titled "Expert Rebuttal Report of Sarah Butler" and dated September 8, 2023 without its exhibits, which report was served on my office.

5.      Attached hereto as **Exhibit D** is a true and correct highlighted copy of excerpts of the transcript of the videotaped remote deposition of Sarah Butler that I took in the Lawsuit on October 27, 2023.  The copy of this transcript has been maintained in my firm's records since receipt in the ordinary course of business.

I declare under penalty of law that the foregoing is true and correct.

 DATED:  Honolulu, Hawaii, May 28, 2024.

/s/ *Kelly G. LaPorte*
KELLY G. LAPORTE