**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| HAWAII FOODSERVICE ALLIANCE, LLC, a Hawaii limited liability company, | |
| Plaintiff, | |
| v. | |
| MEADOW GOLD DAIRIES HAWAII, LLC, a Hawaii limited liability company; HOLLANDIA DAIRY, INC., a California corporation; HERITAGE DISTRIBUTING COMPANY dba NINTH AVENUE FOODS, a California corporation; and SAPUTO DAIRY FOODS USA, LLC, a Delaware corporation, | CIVIL NO. 21-00460 LEK-WRP |
| Defendants. | |

**EXPERT REBUTTAL REPORT OF SARAH BUTLER**

**EXHIBIT C**

**EXHIBIT 1**

# EXPERT REBUTTAL REPORT OF SARAH BUTLER

## Table of Contents

| | | |
|---|---|---|
| I. | QUALIFICATIONS | 2 |
| II. | DOCUMENTS REVIEWED | 3 |
| III. | ASSIGNMENT AND SUMMARY OF OPINIONS | 4 |
| IV. | BACKGROUND | 10 |
| V. | SUMMARY OF DR. MARONICK'S SURVEYS | 12 |
| VI. | RESPONSE TO DR. MARONICK'S SURVEYS | 22 |
| a. | Dr. Maronick's Surveys Lack Internal Validity | 22 |
| | i. Dr. Maronick's Results Are Not Consistent | 24 |
| | ii. Biased and Leading Design Creates Inconsistent Results | 28 |
| | iii. Without a Control, Dr. Maronick Cannot Determine Results are Due to Challenged Representations | 34 |
| | iv. Interpretation of Open-Ended Results Appear to be Biased | 36 |
| | v. Summary of Lack of Internal Validity | 39 |
| b. | Dr. Maronick's Surveys Lack External Validity | 40 |
| | i. Dr. Maronick Surveys an Irrelevant and Overly Broad Population | 41 |
| | ii. Biased Presentation of Stimuli Does Not Represent Real World | 45 |
| c. | Dr. Maronick's Analysis is Replete with Errors, Undermining the Reliability of his Opinions | 48 |
| VII. | CONCLUSIONS | 51 |

# I.    QUALIFICATIONS

1.    I am a Senior Managing Director at NERA Economic Consulting ("NERA"), where I am the Chair of the Survey and Statistical Sampling Practice and a member of the Intellectual Property, Product Liability, and Antitrust Practices. My business address is 4 Embarcadero Center, San Francisco, CA 94111. NERA is a firm providing expert survey, statistical, economic, and financial research analysis.

2.    Among my responsibilities, I conduct survey research, market research, and design and implement statistical samples for analysis on a wide range of topics regarding business and consumer decision-making, consumer choice, and consumer behavior. In the course of my career, I have conducted research for leading corporations and government agencies on consumers, employees, and businesses. My work has been included in numerous lawsuits involving issues of alleged false and misleading advertising, trademark and trade dress confusion, patent infringement, as well as in antitrust and employment-related litigation. I am a member of the American Association of Public Opinion Research, the American Statistical Association, the Intellectual Property Section of the American Bar Association, and the International Trademark Association (INTA).

3.    I have also worked as a market researcher conducting surveys, in-depth interviews, and focus groups of consumers and professionals. I have worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom. I have taught courses focused on or involving research methodologies in both the United States and Europe. I hold a Master's Degree in Philosophy from Trinity College, Dublin and another Master's Degree in Applied Sociology from Temple University.

2

4.      I have substantial experience conducting and using surveys to measure consumer perceptions of advertising and marketing messages, consumer purchase processes, the value of particular product attributes, and the impact of branding and labeling. I have conducted hundreds of surveys used to evaluate consumers' understanding of product or label claims. During my career in academic and commercial research, I have personally facilitated a wide range of research including focus groups, in-depth interviews, and large-scale surveys.

5.      I have submitted expert reports, been deposed, and testified at trial within the last four years. A list of my testimony is included in my current resume, which is attached as **Exhibit A**.

6.      NERA is being compensated for my services in this matter at my standard rate of $775 per hour. Members of the staff at NERA have worked at my direction and under my supervision to assist me in this engagement. No part of my compensation or NERA's compensation depends on the outcome of this litigation. Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction and supervision.

## II.    DOCUMENTS REVIEWED

7.      As part of my work, I reviewed the Second Amended Complaint, the Answer to the Second Amended Complaint, Defendants' Motion for Summary Judgment, and the report submitted by Dr. Thomas J. Maronick.[1] A full list of the specific materials I reviewed can be found in **Exhibit B**.

---

[1] Second Amended Complaint, *Hawaii Foodservice Alliance, LLC, v. Meadow Gold Dairies Hawaii LLC, et al.,* In the United States District Court for the District of Hawaii., Case No. 1:21-cv-00460-LEK-WRP, dated February 1, 2023 (hereinafter, *"Complaint"*); Defendants Meadow Gold Dairies Hawaii, LLC; Hollandia Dairy, Inc.; Heritage Distributing Company dba Ninth Avenue Foods; and Saputo Dairy Foods USA, LLC's Answer to Second Amended Complaint, *Hawaii Foodservice Alliance, LLC, v. Meadow Gold Dairies Hawaii LLC, et al.,* in the United States District Court for the District of Hawaii., Case No. 1:21-cv-00460-LEK-WRP, dated March 1, 2023 (hereinafter, *"Answer"*); Defendants' Motion for Summary Judgement,

3

## III.   ASSIGNMENT AND SUMMARY OF OPINIONS

8.      I was asked by counsel for Defendants to review and respond to the surveys and report submitted by Dr. Maronick. Dr. Maronick was asked by Plaintiff to conduct a survey to evaluate consumer perceptions of certain statements made on Meadow Gold products.[2] After conducting an initial survey in August 2022, Dr. Maronick conducted a second survey in which he revised his questionnaire and included questions related to respondents' willingness to pay more for the Meadow Gold brand, and what other brands they would purchase if they were informed Meadow Gold's milk was imported from the mainland United States.[3] Dr. Maronick's second survey was conducted between June and July of 2023.[4]

9.      Based on his two surveys, Dr. Maronick concludes that: (1) the "main message communicated to a significant percentage of consumers" is that Meadow Gold products "come from Hawaii," (2) the phrases "Hawaii's Dairy" and "Made with Aloha" "strongly suggest(s) to consumers that the products in those containers originate from Hawaii or 'local' dairies," (3) a "high percentage" of respondents indicate that milk being from Hawaii is very important to their purchase decision, (4) Meadow Gold means "high quality dairy products produced in Hawaii/from cows in Hawaii" and, (5) half of those asked would pay a $2.10 premium for a gallon of Meadow Gold milk relative to a store-branded milk produced on the U.S. Mainland.[5] Overall, Dr. Maronick concludes

---

*Hawaii Foodservice Alliance, LLC, v. Meadow Gold Dairies Hawaii LLC et al.*, In the United States District Court for the District of Hawaii., Case No. 1:21-cv-00460-LEK-WRP, dated July 24, 2023 (hereinafter, *"Motion for Summary Judgement"*); Export Report of Thomas J. Maronick, DBA/JD, and accompanying materials, dated July 10, 2023 (hereinafter, *"Maronick Report"*).

[2] *Maronick Report*, p. 3.

[3] *Maronick Report*, p. 3.

[4] *Maronick Report*, p. 3.

[5] *Maronick Report*, p. 4.

that if the milk and dairy products sold under Meadow Gold labels do not contain milk products originating from Hawaii, then "consumers are being misled by the express and/or implied claims made on the labels."[6]

10.    I have reviewed Dr. Maronick's surveys and results and find that his conclusions are unreliable, and his data do not support Plaintiffs' claims that consumers are materially misled by Meadow Gold's milk and dairy product packaging.[7] For a survey to reliably measure respondents' perceptions of particular advertising statements, the questionnaire and the research design must be internally valid. Further, for the results of the survey to be useful in drawing conclusions as to consumers' perceptions of the products in the real world, the survey must have external validity.[8] Dr. Maronick's surveys are neither internally nor externally valid.

**Dr. Maronick's Surveys Lack Internal Validity**

11.    Internal validity is the extent to which the intended concepts (here, consumer perceptions of the at-issue messages) have been correctly measured. Dr. Maronick's surveys lack internal validity, and he is not reliably measuring actual perceptions of the at-issue statements on the Meadow Gold dairy products. This lack of internal validity is demonstrable. Dr. Maronick's results as to respondents' perceptions of the products shown across his different survey groups are widely variable. The variability in his results demonstrate that Dr. Maronick is not actually measuring consumer perception but is instead generating data that reflect the manner in which he has presented the stimuli and asked the questions.  More specifically, I find:

---

[6] *Maronick Report*, p. 5.

[7] *Complaint*, ¶ 1.

[8] Shadish, W. R., Cook, T. D., & Campbell, D. T. (2002). "Statistical Conclusion Validity and Internal Validity*," Experimental and Quasi-Experimental Designs for Generalized Causal Inference*, p. 39 (hereinafter, "*Shadish et al.*").

- A review of Dr. Maronick's data demonstrates that his results do not reveal consistent perceptions – in fact, the different studies, with different presentations of the stimuli (some forcing respondents to focus on specific aspects of the label), and different questions, yield different results. The differences are in many cases large. For example, within one survey, the rate at which respondents say the product is "from Hawaii/local" is 37 times higher at one question compared to the rate from a different question among the same respondents. As another example, the rate at which respondents say the product is "from Hawaii/local" is twice as high in one survey group relative to another survey group, even when comparing responses to the exact *same* question. These differing results provide evidence that Dr. Maronick's data reflect his survey design choices, and do not provide a reliable measure of respondents' beliefs about the milk in Meadow Gold's products.

- As a result of his leading and biased survey design, Dr. Maronick's surveys generate inconsistent and unreliable estimates and are therefore wholly unreliable. Dr. Maronick's surveys are beset by context and priming effects and social desirability bias. Each of these biases direct respondents to provide answers that appear to support Plaintiffs' assertions and taken together (absent any control for these effects), completely undermine the usefulness of these data.  Both context effects and priming provide respondents with cues and clues about their desired or expected answer. By directing respondents to provide answers about where the milk is *from,* and asking repeated questions about source, the researcher has signaled to his respondents that their answer should be about "origin" when in fact, respondents may have viewed the statement or labeling as providing information about the brand, the company, stores

6

where the product is sold, *etc*. Furthermore, numerous questions as to source precede questions about the importance of source. Here again, the researcher has signaled to respondents that the origin of the milk (or whipped cream) is and should be important. This priming effect is exacerbated by social desirability bias, a known and well-studied problem in survey research. In this case, respondents are more likely to indicate that purchasing milk sourced from cows in Hawaii is important because buying local generally is a desirable trait.[9] Dr. Maronick has no control group or control questions to measure the extent to which these biases have affected his estimates.

- The use of a control in a survey to account for biases, pre-existing beliefs, and other sources of "noise" is standard practice and "the failure to use a control group…can be fatal."[10] Dr. Maronick has no control group for his surveys and no control questions. Even setting aside the numerous biases infecting the results, the absence of any control group or question is particularly damning here. This is because Meadow Gold is a longstanding Hawaii brand, and many consumers are likely familiar with its products. Therefore, many respondents may have simply been providing a response based on their belief or awareness of the brand and or company, as opposed to responding to the at-issue statements on the product packaging. Generalized beliefs that Meadow Gold is a Hawaii company, or a Hawaii brand, should not be included in an estimate of those specifically misled by the allegedly at-issue statements, yet Dr. Maronick's surveys

---

[9] Callegaro, M. (2008). "Social Desirability," Encyclopedia of Survey Research Methods, Volume 2, edited by Lavrakas, P. J., (hereinafter, *"Callegaro"*), p. 825.

[10] Bernstein, D. H., & Keller, B. P. (2022). "Survey Evidence in False Advertising Cases," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition,* edited by Diamond, S. S., and Swann. J. B., (hereinafter, *"Bernstein"*), p. 212.

present no means by which to parse his data appropriately and therefore he cannot
assert the perceptions that he has measured are due to the product packaging shown.

- Dr. Maronick has also not followed standard research protocol in his coding of the
open-ended responses, further undermining the reliability of the estimates of these data.
A number of the responses Dr. Maronick identifies as indicating that the product is
"from Hawaii/local" are vague answers that simply reference the company and/or
indicate that the product is popular or known in Hawaii.

**Dr. Maronick's Surveys Lack External Validity**

12.      Dr. Maronick's surveys also lack external validity. External validity addresses the
extent to which the survey results can be extrapolated or applied to a population or circumstance
beyond that which was tested in the research.[11] Dr. Maronick's surveys lack external validity
because he has not screened for respondents who purchase milk or dairy products,[12] nor do his
surveys present the stimuli in a realistic manner. Specifically, I find that:

- Dr. Maronick simply screened for respondents who purchase groceries, and his data
reveal that a number of his respondents do not purchase milk at all. Consumers who do
not purchase dairy products are irrelevant for the current matter and are unlikely to
have been materially affected by allegedly false statements on products they do not
buy. Moreover, respondents who do not purchase dairy products are unlikely to know
and/or are unlikely to have formed an opinion about where these products are sourced,
and are therefore, more susceptible to being led or influenced by biases in the survey.

---

[11] *Shadish et al.,* pp. 37-38.

[12] With the exception of his Materiality Survey group of 97 qualified respondents, which Dr. Maronick erroneously reports as 98
respondents. See paragraph 38 for additional detail.

Even assuming Dr. Maronick's surveys had some degree of internal validity (which they do not), because he has not surveyed the correct population, the data cannot be used to estimate the share of actual milk/dairy purchasers who would be misled in the real world.

- The fact that Dr. Maronick has not identified milk/dairy purchasers is particularly troublesome as his surveys are leading, biased, and rendered unreliable by focalism bias. In Dr Maronick's surveys, respondents are either presented with a focused view of particular elements on the package or are asked to review a particular phrase on the label (even if they had not noticed it to start). Thus, Dr. Maronick's survey design assumes a degree of attentiveness to the at-issue statements and creates bias by forcing respondents to review and respond to specific elements on the products. Results predicated on the assumption that consumers would specifically review and focus on a particular statement on the packaging (*e.g.*, a story on the side of a product) cannot be used to infer the extent to which consumers in the real world would have even noticed or focused on this information when making a purchase.

- Dr. Maronick's Materiality Survey also lacks external validity as he asks respondents to simply compare two products -- one with a brand (Meadow Gold) and one without. Dr. Maronick provides no data or support for the price differential he uses in the survey and cannot assume, simply because one of the products is described as being sourced from milk on the "mainland," that consumers are willing to pay additional money because they believe the milk in the Meadow Gold product is from cows in Hawaii.

9

**Dr. Maronick's Report Contains Substantial Errors**

13.     Finally, and further undermining the reliability of these surveys, Dr. Maronick's tabulations are fraught with errors. Of the 42 tables contained within his report, 30 contain errors, including some which substantially increase his estimates of the share of overall respondents who indicate that the product is "from Hawaii/ local." Dr. Maronick also has a substantial number of respondents who are not actually living in Hawaii, despite identifying this as the correct target population.

14.     My understanding of the background in this matter and a detailed review of the surveys and report submitted by Dr. Maronick follow.

## IV.    BACKGROUND

15.     Defendant Meadow Gold Dairies Hawaii, LLC ("MGD"), is a Hawaii limited liability company registered and headquartered in Hawaii.[13] I understand that the Meadow Gold brand traces its roots to 1897, when several Oahu dairy farms united to form the "Dairymen's Association," which created the brand known as "Meadow Gold."[14] From at least 1986 to 2020, Meadow Gold Dairies was a subsidiary of various successive mainland conglomerates.[15] In 2020, MGD purchased Meadow Gold's Hawaii processing facility and intellectual property.[16]

16.     Defendant Hollandia Dairy ("Hollandia"), Inc. is a California corporation with its principal place of business in San Marcos, California.[17]

---

[13] *Complaint*, ¶ 6.

[14] *Motion for Summary Judgment,* p. 3.

[15] *Motion for Summary Judgment,* p. 4.

[16] *Motion for Summary Judgment,* p. 4.

[17] *Complaint*, ¶ 7.

10

17.     Defendant Heritage Distributing Company dba Ninth Avenue Foods ("NAF") is a California corporation with its principal place of business in City of Industry, California.[18]

18.     Defendant Saputo Dairy Farms USA ("Saputo"), LLC is a Delaware corporation with its principal place of business in Lincolnshire, Illinois.[19]

19.     I understand that MGD sells milk and milk products (*e.g.*, whipping cream) in Hawaii that include the following representations, "Hawaii's Dairy" and "Made with Aloha," among others, on their packaging.[20] Hollandia, NAF, and Saputo supply milk products to MGD.[21] A portion of the milk sold by MGD is packaged and labeled by Hollandia, NAF, and Saputo outside of Hawaii.[22]  I also understand that a portion of the milk MGD receives from Hollandia is shipped in tanks, and is re-pasteurized and packaged by MGD on the Island of Hawaii[23] and that some of MGD's milk is also sourced from cows in Hawaii.[24]

20.     Plaintiff Hawaii Foodservice Alliance ("HFA"), LLC, is a Hawaii limited liability company registered in Hawaii.[25] On February 1, 2023, Plaintiff filed its Second Amended Complaint against MGD, Hollandia, NAF, and Saputo alleging, amongst other things, false designation of origin and false advertising. Specifically, Plaintiff alleges that Hawaii consumers "not only prefer, but also pay a premium to purchase, milk products they believe … originate in

---

[18] *Complaint*, ¶ 8.

[19] *Complaint*, ¶ 9.

[20] *Complaint*, ¶ 1; *Answer*, ¶ 8.

[21] *Answer*, ¶ 8.

[22] *Complaint*, ¶ 19; *Answer*, ¶¶ 34-36, 41-42.

[23] *Complaint*, ¶ 20; *Answer*, ¶ 15.

[24] *Motion for Summary Judgement*, pp. 4-5.

[25] *Complaint*, ¶ 5.

Hawaii."[26] Plaintiff also alleges that Defendants "take unfair advantage of the market for authentic local milk products"[27] by "misrepresenting" the "origin of source" and "geographic origin" of their products through the use of product labels, such as "Hawaii's Dairy" and "Made with Aloha," among other representations.[28]

21.    Plaintiff further alleges that "Defendants' deceptive and anti-competitive actions," which "misleads consumers and induces them to pay a premium" for Defendants' products based on the belief that they are buying local milk products produced from cows in Hawaii,[29] have harmed HFA through the diversion of sales.[30]

22.    To support its allegations, Plaintiff commissioned two surveys designed and conducted by Dr. Thomas J. Maronick.[31]

# V.    SUMMARY OF DR. MARONICK'S SURVEYS

23.    Dr. Maronick states he was retained by counsel for HFA "to design and implement two online surveys of individuals living in Hawaii… to determine their perceptions of claims"[32] made on various Meadow Gold milk or dairy products.

24.    In his first survey, conducted in 2022, Dr. Maronick purportedly surveyed a total of 400 purported Hawaii residents, ages 21 or older,[33] who have some role in food purchase

---

[26] *Complaint,* ¶ 15.

[27] *Complaint,* ¶ 16.

[28] *Complaint,* ¶ 21.

[29] *Complaint,* ¶ 105.

[30] *Complaint,* ¶ 57.

[31] *Maronick Report,* p.3.

[32] *Maronick Report,* p 3.

[33] Both of Dr. Maronick's surveys include respondents who were not located in Hawaii. See paragraph 86 for greater detail.  There are also a small number of respondents (four in Survey 1 and 14 in Survey 2) who are in fact, under the age of 21.

decisions for their family.[34] Dr. Maronick did not identify or screen for consumers who have purchased milk or milk-based products.[35]

25.     Once qualified, respondents in Dr. Maronick's survey were assigned to one of four groups, and were shown either a single image, or multiple images, of a Meadow Gold product. The images used in Dr. Maronick's first survey are shown below in **Figure 1**.

---

[34] *Maronick Report*, pp. 6, 12-13.

[35] *Maronick Report*, p. 6.

**Figure 1. Dr. Maronick's Survey 1 Stimuli**



26.     After reviewing the image(s), respondents were asked a series of questions based on the product they reviewed. The series of questions differed depending on which stimulus was shown to respondents. The set of questions for each group is shown below in **Figure 2**.

14

**Figure 2. Dr. Maronick's Survey 1 Questions[36]**

| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
|---|---|---|---|---|---|---|---|---|
| | **Group 1** | Does the information on the label say or suggest anything about the milk in the container? (Y/N) | What does the information on the label say or suggest about the milk in the container? | Did you see the phrase "Made with Aloha" on the label? (Y/N/Not sure) | What, if anything, does the phrase "Made with Aloha" say or suggest about where the milk comes from? | Based on what is said or suggested on the label, how likely is it, if at all, that the milk comes from Hawaii? (5-pt. Likert scale) | How important, if at all, is it that milk comes from Hawaii in your decision to purchase milk? (4-pt. Likert scale) | Why do you say that? |
| | **Group 2** | Does the label say or suggest anything about the whipped cream? (Y/N/DK) | What does the label say or suggest about the whipped cream? | Did you see the phrase "Hawaii's Dairy" on the label? (Y/N/Not sure) | What, if anything, does the phrase "Hawaii's Dairy" on the label say or suggest about where the whipped cream comes from? | Based on what is said or suggested on the label, how likely is it, if at all, that the whipped cream comes from Hawaii? (5-pt. Likert scale) | How important, if at all, is it that whipped cream comes from Hawaii in your decision to purchase whipped cream? (4-pt. Likert scale) | *Same as Group 1* |
| | **Group 3** | *No filter question. All respondents asked next question.* | What do the labels say or suggest about the milk in the container? | Do the labels say or suggest anything about where the milk comes from? (Y/N/DK) | What do the labels say or suggest about where the milk comes from? | Based on what is said or suggested on the labels, how likely is it, if at all, that the milk comes from Hawaii? (5-pt. Likert scale) | *Same as Group 1* | *Same as Group 1* |
| | **Group 4** | *No filter question. All respondents asked next question.* | *Same as Group 3 ("panels" instead of "labels")* | Does the information on the carton say or suggest anything about where the milk comes from? (Y/N/DK) | What does the information on the carton say or suggest about where the milk comes from? | Based on what is said or suggested on the carton, how likely is it, if at all, that the milk comes from Hawaii? (5-pt. Likert scale) | *Same as Group 1* | *Same as Group 1* |

27.    To briefly summarize, respondents in Group 1 and 2 were asked a filter question to first determine whether the label said or suggested anything about the milk/whipped cream. Filter

---

[36] Figure 2 displays questions as they were actually presented to respondents. In his report, Dr. Maronick describes Questions 13 and 23 (Column E, Groups 1 and 2) differently. Dr. Maronick reports that these respondents were asked the following question, "What, if anything, does the phrase "Made with Aloha" (or "Hawaii's Dairy") say or suggest about the milk (or whipped cream)?" However, the questions shown in Dr. Maronick's screenshots, which capture what respondents actually saw, are much more pointed and suggestive. Respondents were actually asked "What, if anything, does the phrase "Made with Aloha" (or "Hawaii's Dairy") say or suggest about where the milk comes from (or where the whipped cream comes from)? (emphasis in the original). *Maronick Report,* Exhibit 3.

15

questions are typically used to reduce guessing and ensure that the researcher is not suggesting to respondents that they should have an opinion when they, in fact, may not.[37] Respondents in Groups 3 and 4 were not asked this, or any other, filter question.

28.    All respondents in Groups 3 and 4, and those who indicated "Yes" to the first (filter) question in Groups 1 and 2, were asked an open-ended question about what the labeling says or suggests about the product in the container.

29.    Next, respondents in Group 1 and 2 were asked if they saw the specific statements, "Made with Aloha" or "Hawaii's Dairy." Respondents who indicated "Yes" were then asked an open-ended question regarding what the phrase said or suggested about <u>where the milk/whipped cream comes from</u> (emphasis in original).

30.    Respondents in Groups 3 and 4 were asked whether anything on the label/packaging says anything about <u>where the milk comes from</u> (emphasis in original), and those who said "Yes" were asked what the label/information on the carton suggests about where the milk comes from.

31.    All respondents were next asked to indicate, on a five-point Likert scale, how likely it is that the milk/whipped cream comes from Hawaii. All respondents were then asked to indicate, on a four-point Likert scale, how important it is to them that milk/whipped cream comes from Hawaii *in their decision to purchase it*,[38] and to indicate why. This was asked generally, not about the specific Meadow Gold product they had been shown. Respondents were then asked their gender, age, and education level, after which the survey ended.

---

[37] Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, (hereinafter, "*Diamond*"), pp. 389-391.

[38] Dr. Maronick has not qualified any respondent on the basis of having purchased milk or whipped cream.

16

32.    In his second survey, conducted in 2023, Dr. Maronick surveyed 502 purported Hawaii residents, ages 21 or older,[39] who have some role in food purchase decisions for their family. As with his first survey, Dr. Maronick did not qualify respondents on the basis of purchasing milk or milk-based products.

33.    Once qualified, respondents to Dr. Maronick's second survey were assigned to one of five groups: Groups A-D or a Materiality Group. Respondents in Groups A-D were shown either two or four images of a Meadow Gold milk product. Respondents in the Materiality Group were not shown any product images. The images used in Dr. Maronick's second survey are shown in **Figure 3**.

**Figure 3. Dr. Maronick's Survey 2 Stimuli**

**Group A – Gallon 2% Milk**          **Group B – Gallon Whole Milk**



---

[39] See footnote 29.

**Figure 3. Dr. Maronick's Survey 2 Stimuli (cont.)**

**Group C – Quart 2% Milk**



**Group D – Half Gallon 2% Milk**



34.　　After reviewing the images, respondents in Groups A-D were asked a series of questions based on the product they reviewed. The series of questions differed depending on which stimulus was shown. The set of questions for Groups A-D in the second survey is shown on the next page in **Figure 4**.

18

**Figure 4. Dr. Maronick's Survey 2 Questions (Groups A-D)**

| (a)<br>Group | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
|---|---|---|---|---|---|---|---|
| Group A | What does the information on the container say or suggest about the milk in the container? | Did you see the phrase "Hawaii's Dairy" on the front label? (Y/N/Not sure) | What, if anything, does the phrase "Hawaii's Dairy" say or suggest to you? | Based on what is said or suggested on the container, how likely is it, if at all, that the milk is produced by cows in Hawaii? (5-pt Likert scale) | Based on what is said or suggested on the container, what percentage of the milk, if any, is likely to have been produced from cows in Hawaii? | How important, if at all, is it that milk is produced by cows in Hawaii in your decision to purchase milk? (4-pt Likert scale) | Why do you say that? |
| Group B | Same as Group A | Same as Group A ("panel" instead of "label") | Same as Group A | Same as Group A | Same as Group A | Same as Group A | Same as Group A |
| Group C | What do the labels say or suggest about the milk in the container? | Do the labels say or suggest anything about where the milk comes from? (Y/N/Not sure) | What do the labels say or suggest about where the milk comes from? | Same as Group A | Same as Group A | Same as Group A | Same as Group A |
| Group D | What do the panels say or suggest about the milk in the container? | Does the information on the carton say or suggest anything about where the milk comes from? (Y/N/Not sure) | What does the information on the carton say or suggest about where the milk comes from? | Same as Group A ("carton" instead of "container") | Same as Group A ("carton" instead of "container") | Same as Group A | Same as Group A |

35.     All respondents in Dr. Maronick's second survey were first asked an open-ended question about what the label or packaging suggests about the milk in the container. Respondents in Groups A and B were next asked whether they saw the phrase "Hawaii's Dairy" on the label/panel. Respondents who indicated they did not see the phrase "Hawaii's Dairy," or were unsure, were shown the product images again with a prompt to "[n]ote 'Hawaii's Dairy' on the label." Unlike Survey 1, all respondents in Groups A and B in Survey 2, regardless of whether they had or had not noticed the phrase, were asked what "Hawaii's Dairy" suggested to them.

36.     Respondents in Group C and D were asked whether the labels/information on the carton suggested anything about where the milk comes from. Respondents who indicated "Yes" were then asked what the label/information on the carton suggests about where the milk comes from.

19

37.     All respondents in Groups A-D were asked to indicate, on a five-point Likert scale, how likely it is that the milk is produced by cows in Hawaii based on the product container/carton. All respondents in Groups A-D were also asked, based on what is suggested on the container/carton, what percentage of milk is likely to have been produced by cows in Hawaii. Next, all respondents in Groups A-D were asked to indicate, on a four-point Likert scale, how important it is to their purchasing decision that milk is produced by cows in Hawaii. As with Survey 1, this question was not asked about the specific Meadow Gold product shown. All respondents in Group A-D were finally asked their gender, age, and education level, before the survey ended.

38.     Respondents in the Materiality Group were not shown any product images. First, these respondents were asked how frequently they purchase Meadow Gold dairy products (on a five-point Likert scale of response options ranging from "Very frequently" to "Never").[40]

39.     Respondents in the Materiality Group were next asked an open-ended question about what the Meadow Gold Dairy brand represents. Respondents were then asked the closed-ended question "[w]hich of the following, if any, reflect what the Meadow Gold diary brand means to you?" and were presented with the following three statements: "High quality dairy products," "High quality dairy products produced in Hawaii," and "Fresh dairy products from Hawaii cows."[41]

40.     Dr. Maronick then presented respondents with a hypothetical scenario in which a gallon of Meadow Gold milk was selling for $7.50, and a gallon of store-branded milk "produced on the U.S. mainland" was selling for $5.40. Respondents were asked how willing they would be to pay $2.10 more for the gallon of Meadow Gold milk using a 6-point Likert scale, ranging from

---

[40] Options included "Don't know/ unsure." Only respondents who indicated they purchase Meadow Gold dairy products at least seldomly continued in the survey.

[41] Respondents could select as many of these three statements as they wanted, including "other," or could indicate "don't know/unsure."

"Very willing to pay \$2.10 more" to "Very unwilling to pay \$2.10 more."[42] Respondents who indicated they would be "very willing," "willing," or "somewhat willing" to pay more were asked why.

41.     Respondents were asked whether they would still purchase Meadow Gold dairy products if the milk used was imported from the U.S. mainland. If they answered "Yes" to this question, they were then asked why. Respondents who did not select "Yes" were asked what other brand(s) of milk they would purchase instead of Meadow Gold (from a list provided). These respondents were also asked the reasons why they would purchase one of the other brands instead of Meadow Gold (from a list provided). After this question, respondents were asked their gender, age, and education level, after which the survey ended.

42.     Based on the results of the two surveys, Dr. Maronick concludes that 1) the message communicated to "a significant percentage of consumers in both Study 1 and Study 2 is that the Meadow Gold milk products (including whipped cream) come from Hawaii," 2) the inclusion of the phrases "Hawaii's Dairy" and "Made with Aloha" "strongly suggests to consumers that the products in those containers originate from Hawaii or 'local' dairies," 3) a "high percentage" of consumers consider milk from Hawaii to be important to their purchasing decision, because it supports local business, and 4) "only half" of respondents would be willing to pay a \$2.10 premium for Meadow Gold products as compared to a store-brand.[43]

---

[42] Respondents could instead select "Don't know/Not Sure."

[43] *Maronick Report,* p. 4.

# VI.   RESPONSE TO DR. MARONICK'S SURVEYS

## a. Dr. Maronick's Surveys Lack Internal Validity

43.     Dr. Maronick's research lacks internal validity and as a consequence his results cannot be used to inform conclusions as to the extent to which the at-issue statements on the product labels cause respondents to believe the milk/whipped cream comes from cows located in Hawaii.

44.     Internal validity refers to the confidence one has that the study is measuring what it is intended to evaluate and is accurately identifying the causal effect of an independent variable on the dependent variable of interest.[44] In other words, evaluating internal validity asks the question, "Is the research designed such that it is reliably measuring the intended concepts?"

45.     Demonstrating that a survey has internal validity is essential; without internal validity, the results from a survey cannot inform conclusions about respondents' perceptions or the impact certain information might have on their behavior. Dr. Maronick agrees that internal validity is important when conducting consumer perception research.[45]

46.     Dr. Maronick asserts that his studies were designed to evaluate consumer perceptions related to the claims made on Meadow Gold's milk/dairy product labels and offers conclusions as to the extent to which the at-issue statements have caused consumers to be misled as to the source of the milk in the products.[46] But, Dr. Maronick has not designed proper and unbiased research to accurately measure these perceptions and, based on his survey design, simply

---

[44] *Shadish et al.*, p. 53.

[45] Dr. Maronick explained that internal validity matters, "because the purpose of the survey is to elicit information, so you want the survey instrument to accurately elicit that information from that respondent." Deposition of Thomas J. Maronick, DBA, JD, dated August 24, 2023 (hereinafter, *"Maronick Deposition"*), 31:2-32:9.

[46] *Maronick Report,* pp. 3-4.

cannot draw conclusions as to whether the labeling or some other set of factors have caused respondents to answer in particular ways.

47.     In fact, Dr. Maronick's results as to what respondents believe about the product's labeling are highly variable (between groups and between studies) and are dependent on the stimulus shown, the questions asked, and the subjectivity with which his data were interpreted and coded. In fact, based on Dr. Maronick's own coding and tabulations, the percent of respondents indicating that the products are "from Hawaii" or are local ranges from as little as 2.0 percent (based on the first open-ended question asked) to as much 85.6 percent (based on the second open-ended question asked). This variability demonstrates that rather than consistently measuring respondents' perceptions of the product labels, Dr. Maronick has generated data demonstrating that his respondents' perceptions vary as a result of differences in the nature of the questions he asked and other aspects of his survey design.[47] Moreover, Dr. Maronick has not included any type of control in his surveys to account for pre-existing beliefs, guessing, or other forms of survey noise, and therefore he cannot determine what share of his estimates are a result of the challenged representations. Simply put, Dr. Maronick's data are not a reliable measurement of actual consumer beliefs but, rather, reflect a biased and leading design.

48.     Before examining the specific nature of the biases that undermine the reliability of Dr. Maronick's surveys and conclusions, it is important to briefly outline the inconsistencies in his results.

---

[47] Shadish et al. note that one of the many threats to internal validity is instrumentation. A threat from instrumentation refers to the ability of the instrument (here, the questions posed) to change the outcome "in a way that could be confused with a treatment effect" (here, exposure to the labelling itself), *Shadish et al.,* p. 55. In other words, the variation present in Dr. Maronick's data, based on how the question is worded, underscores that his set of results are largely dependent on the question phrasing, rather than the product labels shown.

23

# i. Dr. Maronick's Results Are Not Consistent

49.     In his conclusions, Dr. Maronick asserts that the main message communicated to a "significant percentage of consumers" is that the Meadow Gold milk/dairy products with the at-issue labeling "come from Hawaii" and this perception is "consistent" across his studies.[48] Yet, this conclusion is simply not supported by his data. Dr. Maronick's consumer perception results differ depending on the structure of the question asked and the manner in which the stimuli were presented. As shown below in Table 1, and discussed in detail below, Dr. Maronick's survey results differ greatly between initial questions and later ones and differ depending on what product was viewed and how it was shown.

## Table 1. Main Results as Reported by Dr. Maronick

| | Group 1 | | Group 2 | | Group 3 | | Group 4 | |
|---|---|---|---|---|---|---|---|---|
| *Survey 1* | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| "From Hawaii/Local" at First Open-Ended Question[1] | 12 | 13.3% | 27 | 27.2% | 50 | 47.6% | 28 | 28.6% |
| "From Hawaii/Local" at Second Open-Ended Question[2] | 22 | 34.9% | 48 | 63.1% | 58 | 74.4% | 45 | 65.1% |
| "Likely" Milk Comes from Hawaii[3] | 81 | 78.6% | 77 | 76.2% | 86 | 84.3% | 77 | 76.3% |
| "Important" Milk Comes from Hawaii[4] | 73 | 71.6% | 69 | 69.0% | 75 | 73.6% | 79 | 78.3% |

| | Group A | | Group B | | Group C | | Group D | |
|---|---|---|---|---|---|---|---|---|
| *Survey 2* | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| "From Hawaii/Local" at First Open-Ended Question | 2 | 2.0% | 6 | 5.9% | 30 | 29.7% | 29 | 29.9% |
| "From Hawaii/Local" at Second Open-Ended Question | 76 | 74.6% | 89 | 85.6% | 54 | 77.2% | 48 | 73.9% |
| "Likely" Milk Comes from Cows in Hawaii | 76 | 74.5% | 84 | 80.7% | 76 | 75.3% | 70 | 70.7% |
| Majority of milk from cows in Hawaii[5] | 54 | 53.4% | 59 | 56.5% | 53 | 52.5% | 47 | 47.5% |
| "Important" Milk Comes from Cows in Hawaii | 65 | 64.3% | 69 | 66.3% | 71 | 70.3% | 67 | 67.7% |

Notes: [1] First open-ended question in Survey 1 is Q11, Q21, Q31, or Q41, and in Survey 2 is Q12, Q24, Q36, or Q46. In Survey 1, Dr. Maronick sometimes includes counts of "Origin (general)" in his reporting of whether the product is "From Hawaii/Local" and sometimes does not.

[2] Second open-ended question in Survey 1 is Q13, Q23, Q33, or Q43 and in Survey 2 is Q15, Q27, Q38, and Q48.

[3] The question about the likelihood that milk comes from [cows in] Hawaii is asked at Q14, Q24, Q34, or Q44 in Survey 1, and at Q16, Q28, Q39, or Q49 in Survey 2.

[4] The question about the importance that milk comes from [cows in] Hawaii is asked at Q15, Q25, Q35, or Q45 in Survey 1, and at Q18, Q30, Q41, or Q51 in Survey 2.

[5] The question about the percentage of milk that comes from cows in Hawaii was only asked in Survey 2, at Q17, Q29, Q41, or Q51.

Source: Expert Report of Thomas J. Maronick, dated July 10, 2023.

---

[48] *Maronick Report*, pp. 40-41.

50.     First, Dr. Maronick's assessment of respondents' perceptions of the milk in the product differ based on the nature of the question asked. As shown above, the initial open-ended questions asked of respondents generate substantially lower rates of respondents saying that the milk comes from Hawaii or is local. These data suggest that messages about the source or origin of the milk (even when shown a close-up of the side panel describing the Dairyman's Association story) are not particularly salient to many respondents. And while we would anticipate some differences between the open and closed-ended questions (because the closed-ended questions may have helped the respondent recall additional impressions that were not top of mind),[49] the magnitude of differences here is exceptionally large. For example, in Survey 2, Group A, the share of respondents who said the milk likely comes from cows in Hawaii is, in the closed-ended question, *37 times greater* than the share of those same respondents who provided an open-ended response coded as saying the product was from Hawaii or was local. At a minimum, these large differences indicate that the closed-ended questions were suggesting interpretations of the labels that, absent prompting, respondents would not have necessarily drawn on their own.

51.     Moreover, differences between the rates generated by open versus closed ended questions cannot alone account for all the inconsistent estimates in Dr. Maronick's surveys. In fact, even when comparing within a question format (*e.g.*, open-ended question to another open-ended question), there are marked differences both within and across the studies.

52.     For example, when asked what the label communicates about the milk in the product (labeled in Table 1 as "First Open-Ended Question"), the percent of respondents coded as saying that the product comes from Hawaii or is local ranges from just 2.0 percent (Survey 2, Group

---

[49] *Diamond,* p. 392.

25

A) to 47.6 percent (Survey 1, Group 3).[50] As another example, when asked a more specific open-ended question as to what the packaging suggests about where the milk in the product comes from, the share of respondents coded as saying the product is from Hawaii or local ranges from 34.9 percent to 85.6 percent (labeled in table as "Second Open-Ended Question"). In other words, Dr. Maronick's coded responses from the open-ended questions alone simultaneously suggest that almost no respondents take away a message that product is "from Hawaii/local," or alternatively suggest that almost half take away this message. Similarly, when asked a more directed open-ended question about where the milk is "from," Dr. Maronick's results seem to demonstrate that less than 40 percent or more than 85 percent believe that the product label means that the milk is from Hawaii/is local. Obviously, these are not "consistent" results.

53.     Dr. Maronick's results also differ based on what stimuli are shown (*i.e.*, what product is shown) and how the stimuli are presented. The percent of respondents who indicate that the product is "from Hawaii" or local differs depending on which product and the manner in which it is shown. In Survey 1, respondents in Group 1 were shown a single image of the front of a gallon of whole milk, and respondents in Group 2 were shown a single image of the front of a can of whipped cream. At the first open-ended question, 13.3 percent of respondents in Group 1 indicate that the milk is "from Hawaii" or local, while 27.2 percent of respondents in Group 2 indicate that the whipped cream is "from Hawaii" or local. This difference persists at the second open-ended question, where 34.9 percent of respondents in Group 1 indicate that the milk is "from Hawaii" or local, while 63.1 percent of respondents in Group 2 indicate that the whipped cream is "from

[50] The differences in these results are likely due to the manner in which Dr. Maronick has presented the stimuli to his respondents, in one survey focusing respondents specifically on the side panel with allegedly misleading information compared to a more neutral presentation.

Hawaii" or local. Nearly double the percent of respondents believed that the whipped cream product was local, compared to the milk product. There are also differences in responses based on how the stimuli are presented. Respondents in Survey 2 were either shown two images of the front and back of a product (in Groups A and B), or three images, of the front, back, and side of a product, with a fourth zoomed-in image of the Dairymen's Association story (in Groups C and D). Respondents in each of these four groups were asked a nearly identical question after their first initial review of the images.[51] While only 2.0 to 5.9 percent of respondents in Groups A and B indicated that the product was "from Hawaii" or local, nearly one-third of respondents in Groups C and D (29.7 and 29.9 percent, respectively) shown multiple images of the Dairymen's Association story indicated that the product was "from Hawaii" or was local.

54.    Dr. Maronick's results also differ within the studies. Again, while we would expect to see some difference between open and closed-ended responses, Dr. Maronick's results are so inconsistent, that it is highly unlikely he is measuring respondents' perceptions in a neutral and unbiased manner. For example, in Survey 1, Group 1, when asked a direct, open-ended question about where the milk was from, 34.9 percent of respondents gave an answer coded as indicating that the milk came from Hawaii/was local. This rate more than doubled to 78.6 percent when these same respondents asked how "likely" it was that that the milk shown came from Hawaii. Again, these results suggest that perceptions as to where the milk is "from" are largely dependent on how Dr. Maronick has framed the questions and what his survey respondents were being told to review.

55.    The differences across and within Dr. Maronick's results demonstrate two things. First, these discrepant results suggest that his survey respondents were not offering answers based

---

[51] See Figure 4, column B.

27

on genuine perceptions, but were led to provide specific responses based on the formulation of the question and the presentation of the stimulus. Second, the variability in results based on the nature of the survey design plainly demonstrates the necessity of a control to account for aspects of the research that are having an effect on the responses.

## ii. Biased and Leading Design Creates Inconsistent Results

56.     The lack of internal validity in Dr. Maronick's research stems, in part, from his leading and biased survey design. Dr. Maronick is aware that design flaws can threaten the validity of survey results.[52] Despite his awareness of the potential for biases to undermine the validity of his research, Dr. Maronick's surveys are fraught with bias and include context effects, priming effects, and social desirability bias.

57.     In a survey, context effects occur when the researcher provides context (or cues) that may lead a survey taker to provide a particular response.[53] Dr. Maronick provides his survey respondents with additional context likely to affect his results in at least two ways. First, by introducing and emphasizing certain langauge in the second open-ended question (*i.e.*, where the milk is from), and second, by asking respondents whether they saw particular phrases on the label and (in Survey 2) requiring them to review the labeling again if they did not, Dr. Maronick has signaled to respondents that the context of the survey is focused on the origin or source of the milk and all answers should be provided within this framework.

---

[52] *Maronick Deposition*, 28:14-20.

[53] Tanur, J. M. (2015). "Sample Surveys: Cognitive Aspects of Survey Design," *International Encyclopedia of the Social & Behavioral Sciences, Second Edition*, pp. 881-885.

58.     Generally, respondents in Dr. Maronick's surveys are asked an initial question as to what the labels say or communicate about the milk (or whipped cream) in the container. After this question, respondents are asked specifically about what the label communicates about *where the milk comes from*.[54] This question provides additional context as to the type of response the researcher is looking for and forces respondents to consider the origin of the milk, even if this was not something they took away from the product labeling.

59.     As shown below in Table 2, the rate at which respondents indicate that the packaging communicates the milk comes "from Hawaii" or is local vastly differs between the first, neutral open-ended question,[55] and the second targeted open-ended question. As shown below in Table 2, when first asked what the label communicates about the milk in the container, between 2.0 and 47.5 percent of respondents are coded as saying the product is from Hawaii or local (on average, 21.4 percent across Survey 1 and 2). When asked what the label (or phrase) indicates about <u>where the milk comes from</u>, the rate of respondents coded as saying the product comes from Hawaii or is local doubles, to between 22.0 and 85.6 percent of respondents (on average, 53.8 percent across Survey 1 and 2). This suggests that Dr. Maronick's targeted question, which signals to respondents to a particular type of desired answer, generates a substantially different set of responses.

---

[54] In some of the groups, respondents are asked a filter question as to whether or not the label said anything about where the milk is from or whether they saw a particular statement. In some cases, only if respondents answered "yes" were they asked to describe where the milk is from.

[55] Even the first open-ended question directs respondents to answer in terms of what the product labels say about the milk in the container.

**Table 2. Respondents Indicating Product is "From Hawaii" / Local - Open-Ended Questions**

| | Survey 1 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Group 1 | | Group 2 | | Group 3 | | Group 4 | |
| | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| First Open-Ended Question[1] | 12 | 12.0% | 23 | 23.2% | 48 | 47.5% | 23 | 23.0% |
| Second Open-Ended Question[2] | 22 | 22.0% | 47 | 47.5% | 56 | 55.4% | 38 | 38.0% |
| **Total Respondents** | **100** | | **99** | | **101** | | **100** | |

| | Survey 2 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Group A | | Group B | | Group C | | Group D | |
| | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| First Open-Ended Question | 2 | 2.0% | 5 | 4.8% | 30 | 29.7% | 29 | 29.3% |
| Second Open-Ended Question | 75 | 75.0% | 89 | 85.6% | 58 | 57.4% | 49 | 49.5% |
| **Total Respondents** | **101** | | **104** | | **101** | | **99** | |

Notes: [1] First open-ended question posed to respondents in Survey 1 was Q11, Q21, Q31, or Q41, and in Survey 2 was Q12, Q24, Q36, or Q46.

[2] Second open-ended question posed to respondents in Survey 1 was Q13, Q23, Q33, or Q43, and in Survey 2 was Q15, Q27, Q38, or Q48.

Counts are based on NERA tabulations from Dr. Maronicks data file (since his tables contain errors) and percentages are based on the total number of respondents in each group.

Source: Expert Report of Thomas J. Maronick, dated July 10, 2023, Study 1 and Study 2 Data (MARONICK000116.xlsx and MARONICK000117.xlsx).

60.    Further, in between these open-ended questions, some of Dr. Maronick's survey respondents (respondents in Groups 1 and 2 in Survey 1, and Groups A and B in Survey 2) were specifically asked whether they noticed the phrase "Hawaii's Dairy" (or "Made with Aloha") on the label. By directing respondents to consider these specific phrases, Dr. Maronick signals that these phrases matter, and cues respondents to frame their answers with these phrases in mind. The effects of directing respondents to attend to particular phrasing on the packaging in Groups 1 and 2, and Groups A and B, are shown clearly in Table 2 above. Specifically, the increase in the percent of respondents indicating that the product is "from Hawaii" or local between the first open-ended question and the second open-ended question is larger in the groups that were asked about specific phrases on the label (Groups 1, 2, A, and B) compared to the groups that were not asked about this (Groups 3, 4, C, and D). The impact of these context effects in Dr Maronick's survey design,

30

whether through the more targeted phrasing of the second open-ended question and/or the additional question pointing respondents to the specific phrases on the label, nearly doubles or triples the rate at which respondents indicate that the Meadow Gold milk/dairy product shown is "from Hawaii" or is local.

61.    Context effects are also evident in the Materiality Survey. For example, Dr. Maronick concludes that when asked what the Meadow Gold dairy brand meant to them, "almost two-thirds [of respondents] said, 'high quality dairy products produced in Hawaii' and/or 'from cows in Hawaii.'"[56] But this result is based on a question which simply offered respondents three possible substantive answer choices, two of which specifically mention the production of milk or cows in Hawaii.[57] Of course, respondents could have a whole range of other opinions as to what the Meadow Gold brand and its dairy products mean. In fact, some of these other opinions can be seen in the responses to an open-ended question preceding this leading close-ended question.[58] The opinions offered at the open-ended question included themes such as quality and trust in the brand,[59] that Meadow Gold offers a variety of products,[60] and Meadow Gold is a known brand that has been

---

[56] *Maronick Report*, p. 4

[57] Maronick Report, Exhibit 3, Q55. When asking respondents what the Meadow Gold brand for dairy product means, respondents in Survey 2 were offered the following answer choices: "High quality dairy products," "High quality dairy products produced in Hawaii," and "Fresh dairy products from Hawaii cows." Respondents were also allowed to select "other" or "don't know" but here the limited and biased range of choices offered by Dr. Maronick suggests the types of answers the researcher is seeking thereby discouraging other responses.

[58] The following responses were offered by respondents in the open-ended question (Q54) preceding the close-ended question. Q54 asks respondents "What does the Meadow Gold dairy brand represent to you?" *Maronick Report,* Exhibit 3.

[59] Respondent R_3CJCNxagoyw0aeB indicated Meadow Gold is an "inexpensive quality trusted brand."

[60] Respondent R_3ml2JhDjgcEcCHK who stated Meadow Gold has a "delicious and a variety of products."

around for many years.[61] Rather than account for a range of possible answers, Dr. Maronick's closed-ended question essentially provided respondents with an array of desired answers.[62]

62.    An additional form of bias present in Dr. Maronick's surveys is priming. Priming in a survey occurs when earlier questions condition respondents to answer subsequent questions in particular ways.[63] When primed, survey respondents can view particular issues or features as more important than they otherwise would or can select particular answers simply to appear consistent with prior responses they have given, even if those answers do not reflect their true opinions or beliefs.

63.    The ordering of questions in Dr. Maronick's surveys primes respondents to understand that the source of the milk is important to the researcher. Questions about specific statements on the label, how likely it is that milk comes from Hawaii, and what specific share of the milk comes from cows in Hawaii, all influence respondents' answers to a later question about how important it is that milk comes from Hawaii.

64.    Dr. Maronick's own data demonstrate that priming has occurred. I can examine the percent of respondents who (when asked a later question) say it's either "very important" or "somewhat important" to their purchasing decision that the milk comes from Hawaii, despite not having noticed the "Hawaii's Dairy" statement on the packaging to begin with. It would be

---

[61] Respondent R_3lQAkRDSekRvKot stated that to them, the Meadow Gold dairy brand represents "childhood memories."

[62] It is worth noting that respondents who selected "high quality dairy products produced in Hawaii" may have been simply and correctly indicating that Meadow Gold is a Hawaii company with processing and distribution that occurs in the state. Moreover, more than half of all respondents (55.1 percent) did **not** indicate that Meadow Gold dairy products meant dairy products from cows in Hawaii, even though this was one of only three options presented in this leading, closed-ended question. The fact that less than half of actual Meadow Gold purchasers indicated that they associated the brand with "cows in Hawaii" further suggests that Dr. Maronick's results demonstrating between 70 to 85 percent of general population of grocery shoppers believe the milk "likely" comes from cows in Hawaii is not reliable.

[63] One source describes priming as "a psychological process in which exposure to a stimulus activates a concept in memory that is then given increased weight in subsequent judgment tasks." Parkin, M. (2008). "Priming," *Encyclopedia of Survey Research Methods*, *Volume 2*, edited by Lavrakas, P. J., p. 611.

reasonable to hypothesize that respondents who did not notice the "Hawaii's Dairy" statement on the packaging do not place a lot of value or importance on whether or not the milk is local or sourced from cows in Hawaii. Yet, in Dr. Maronick's Survey 1, over 50 percent of the respondents who did not notice the "Hawaii's Dairy" statement later indicated that whipped cream coming from Hawaii was an important factor in their purchasing decision.[64] This inconsistency is also evident in Survey 2 for the respondents who did not initially see the phrase but were then required to review the "Hawaii's Dairy" statement. In this case, over 60 percent of the respondents who did not notice "Hawaii's Dairy" later indicated that milk coming from Hawaii was important in their decision to purchase milk.[65] These data patterns suggest that a significant share of the respondents indicating that the source of milk/whipped cream is important were likely primed by Dr. Maronick's questions and question formats, as references to Hawaii were not something these respondents had independently noted.

65.    Dr. Maronick's survey design also suffers from social desirability bias. Social desirability bias occurs when survey respondents provide answers that they believe will present them in a positive light.[66] Dr. Maronick is aware of the potential for social desirability bias,[67] and there is a substantial body of research demonstrating that survey respondents overemphasize the

---

[64] This is based on 13 respondents in Survey 1, Group 2, who indicated they did not see the phrase "Hawaii's Dairy" on the label (Q22); seven of whom (53.8 percent) later indicated that it was "somewhat" or "very" important that whipped cream comes from Hawaii in their decision to purchase it (Q25).

[65] This is based on 32 respondents in Survey 2 Group A and 28 respondents in Survey 2 Group B, who indicated they did not see the phrase "Hawaii's Dairy" on the label (Q13 and Q25, respectively); 20 and 17 of whom (62.5 and 60.7 percent, respectively) later indicated that it was "somewhat" or "very" important in their decision to purchase milk (Q18 and Q30).

[66] "Social desirability is the tendency of some respondents to report an answer in a way they deem to be more socially acceptable than would be their ''true'' answer. They do this to project a favorable image of themselves and to avoid receiving negative evaluations. The outcome of the strategy is overreporting of socially desirable behaviors or attitudes and underreporting of socially undesirable behaviors or attitudes. Social desirability is classified as one of the respondent-related sources of error (bias)." *Callegaro,* p. 825.

[67] "The respondent gives an answer that they think you want, that are socially acceptable answers." *Maronick Deposition,* 27:7-9.

33

importance of buying "local" due to this bias.[68] Relatedly, responses to a consumer perception survey about the importance of socially desirable features (*e.g.*, environmentally friendly, local) may differ from real-world purchasing behavior, where consumers may be constrained by factors not present in the survey, such as their own budget or product availability. Because social desirability bias is a known phenomenon which can increase the rate of respondents indicating "local" is important, and Dr. Maronick has done nothing to address or temper this bias, it is impossible to determine from his survey how many respondents actually consider the location of the cows when purchasing milk or dairy products.[69]

66.    Dr. Maronick's surveys are fraught with biases including context effects, priming effects, and social desirability bias. Despite the fact that there are well-known and well-accepted methods for ensuring that key estimates are not infected with bias, Dr. Maronick has not followed standard practice and does not include any controls in his surveys, which further undermines the reliability of his results.

### iii.  Without a Control, Dr. Maronick Cannot Determine Results are Due to Challenged Representations

67.    Dr. Maronick's surveys do not include a control group (or control question) and, therefore, he has no way to determine what share, *if any*, of respondents' perceptions are attributable to the statements on the product labels, as opposed to pre-existing beliefs about the company, biased

---

[68] "This 'social desirability' bias has been reported widely in the psychology literature (*e.g.*, Jones & Davis, 1965; Randall & Fernandes, 1991), but have only gradually gained attention in the food economics literature (*e.g.*, Lusk & Norwood, 2006; Loureiro & Lotade, 2005). As our principal component and factor analysis results show, social aspects do play a relevant role in our case, at least in the valuation of the **local** attribute." Costangiro, M., McFadden, D. T., Kroll, S., & Nurse, G. (2011). "An In-Store Valuation of Local and Organic Apples: The Role of Social Desirability," *Agribusiness, 27*(4), p. 473.

[69] As discussed in paragraph 81, the impact of this bias is likely to be heightened given Dr. Maronick has not screened for actual dairy or milk purchasers.

or leading questions, biased presentations of the stimuli, or other potential sources of survey "noise," such as guessing.

68.     Including a control group is critical when conducting surveys testing a causal proposition – *i.e.*, do specific claims (*e.g.*, "Made with Aloha" or "Hawaii's Dairy") *cause* consumers to believe the milk comes from cows in Hawaii or are there other reasons respondents answered in particular ways? For example, are some respondents simply answering because the questions asked are suggestive or have asked them to focus on the concept of the milk's origin? Or are some respondents unfamiliar with Meadow Gold's milk/dairy products, and are, therefore, offering responses thinking about Meadow Gold's juice products? In his deposition, Dr. Maronick appears to have understood that a control is necessary to determine the *incremental impact* a claim on a package could have on consumer perceptions. In other words, Dr. Maronick seems to agree that to determine the extent to which specific advertising statements, like those at issue in this litigation, would have an impact on consumer perceptions and behavior, it would be essential to have a control.[70]

69.     Because survey researchers know that consumers have pre-existing beliefs and ideas, and that survey respondents may be susceptible to design choices that suggest certain answers,[71] they recognize the particular importance of a control group when testing causal relationships. As explained by Bernstein and Keller:

---

[70] *Maronick Deposition*, 24:23-25, 25:1-4. When asked what the use of a control depends upon, Maronick states, "For example, if the survey is asking about the incremental impact of a claim, incremental impact of the claim for example on behavior. You may want to say here it is with it and here's without it. What effect did that -- what's the incremental effect of that on purchase behavior."

[71] As one author notes, "[b]elieving that the survey question has an answer, some respondents will perceive the questionnaire as essentially a test. In response to this perception, they will take it as their task to show they are smart enough to pass the test. In other words, the natural reaction of at least some of the people, some of the time, is to try to use clues presented in the survey to figure out what is the right (*i.e.*, the correct or desired) answer." Rappeport, M. (2022). "Design Issues and the Value of

35

Surveys control for the effect of "noise" or "mismeasurement bias," such as existing consumers' preconceptions, bias, or reactions to anything other than the test stimulus (such as the way the questions are phrased), by isolating the challenged claim from other possible effects. By an adding an appropriate control group, the survey expert can test directly the influence of the allegedly actionable part of the stimulus. **The failure to use a control group, or otherwise show there is no need for one, can be fatal.**[72]

70.    Dr. Maronick has not included any type of control in his surveys and has provided no evidence demonstrating that controls, when evaluating the impact of the at-issue statements in this case, would not be required. In fact, the contrary is true: given his use of biased and leading questions and the fact that Meadow Gold is a well-known brand that likely has many associations for respondents, a control would have been imperative in Dr. Maronick's surveys. Absent a control, there is simply no way to determine what share of respondents, if any, believe the milk comes from cows in Hawaii based on the at-issue statements.

## iv.  Interpretation of Open-Ended Results Appear to be Biased

71.    Dr. Maronick presents a number of results from his open-ended data in summary form based on his review and coding of these data. It does not appear that Dr. Maronick has followed a standard protocol for coding these results and my review of these data (and recoding using a systematic approach) demonstrates that many of the responses are mischaracterized or are so vague it is impossible to determine precisely what respondents actually intended.

72.    The coding of qualitative data from open-ended questions is an iterative and subjective process. Typically, researchers follow a standard protocol in order to avoid bias that can

---

Multiple Controls," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, *Second Edition*, edited by Diamond, S. S. and Swann, J. B., p. 259.

[72] *Bernstein*,  p. 212.

stem from a single researcher's interpretation of the data. This protocol usually involves two separate coders who independently review and code the data (either inductively, or deductively).[73] Any discrepancies in the coding of the data between these two coders are discussed and typically resolved by a third coder. In his deposition, Dr. Maronick admitted that he has not followed any sort of standard procedure for coding his open-ended data.[74] Because of his failure to follow established protocol, there are evident discrepancies in how Dr. Maronick has interpreted and tabulated the responses.

73.    Further, Dr. Maronick has provided no explanation of his coding process or how he developed his coding scheme. He has not articulated how, if at all, he distinguished respondents who simply mention "Hawaii" from those who actually appear to believe the milk comes from cows located in Hawaii. This is particularly important because, upon my review of the data, there appear to be respondents who offer broad references to Hawaii, as opposed to specific references to where the milk is from.

74.    Among the respondents Dr. Maronick coded as indicating the product comes "from Hawaii" or is local, several provide responses that are vague, and do not mention the source of the milk. For example, one respondent simply indicates "[t]hat it holds some sort of value in Hawaii"[75] and another respondent states, "[i]t comes from a dairy that is good for Hawaii to use."[76] Similarly, another respondent indicates "[t]he milk is connected to the local community."[77] None of these

---

[73] Robins, R. W., Fraley, R. C., & Krueger, R. F. (2009). "Coding and Preparation for Coding," *Handbook of Research Methods in Personality Psychology*, pp. 334-336.

[74] For example, Dr. Maronick did not use a second independent coder, rather opting to "double-check" his own coding himself. Not only does this violate standard protocol when analyzing qualitative data, but has also led to several coding errors and discrepancies that I discuss below. *Maronick Deposition*, 49:10-50:2.

[75] See Respondent R_2YtZNyGQm6DwEXS, Survey 2.

[76] See Respondent R_cU3igltnFNQGtqN, Survey 2.

[77] See Respondent R_2z8PQzGfs4nQ2FY, Survey 1.

37

responses reference the source of the milk or where the cows that produce the milk are located. Other examples include responses such as "it was hawaii's last dairy,"[78] "[t]hat meadow gold is the most purchased dairy in Hawaii,"[79] "[t]hat it is Hawaii's favorite dairy,"[80] and "dairy company in hawaii that's popular."[81] All of these responses were coded by Dr. Maronick as indicating the source of the milk is "from Hawaii" or local, yet none of these respondents referenced the source of the milk, or the location of the cows, in their response.

75.    When I recode the open-ended responses from the first open-ended question[82] using the standard protocol described above,[83] and distinguishing between respondents who merely mention Hawaii and those who articulate that the milk comes from [cows in] Hawaii, the rates in some of Dr. Maronick's survey groups are reduced by almost half. Specifically, while Dr. Maronick reports that 23.2 percent of respondents in Survey 1, Group 2 indicated the whipped cream is "from Hawaii" or local (Q21), correcting his coding demonstrates that only 12.1 percent of respondents actually indicated that the whipped cream is "from Hawaii" or local. Similarly, while Dr. Maronick reports that 29.7 percent of respondents in Survey 2, Group C indicated that the milk is "from Hawaii" or local, the corrected coding demonstrates that only 19.8 percent of respondents indicated the milk is "from Hawaii" or local. These examples illustrate that many of Dr. Maronick's results are highly dependent upon his subjective and unexplained coding of his data. When coded following

---

[78] See Respondent R_dj5PzGuWoEay7At, Survey 2.

[79] See Respondent R_2wNPLbnkLa9QHqy, Survey 2.

[80] See Respondent R_1NDHQrQOrBDq5sM, Survey 2.

[81] See Respondent R_1poNOxgYRHrZfww, Survey 2.

[82] Question 11, 21, 31, or 41 in Survey 1, and Question 12, 24, 36, or 46 in Survey 2.

[83] Two independent researchers coded the open-ended responses based on established criteria to determine whether a respondent thought the milk was actually from Hawaii, or if they simply mentioned the word Hawaii in their response. If the researchers disagreed, a third researcher made a determination as to which code was appropriate.

an established protocol, using two independent coders, the rates at which respondents indicate the products are "from Hawaii" or are local can decrease substantially.

76.    Furthermore, given Meadow Gold's history, the fact that it is a local company, and the fact that some of its milk is processed in and sourced from Hawaii,[84] it is impossible to know what share of respondents in Survey 1 actually believe *all* of the milk came from cows in Hawaii. Presumably, Dr. Maronick recognized this error and included in Survey 2 specific questions about the percent of milk that comes from cows in Hawaii.[85] However, responses to this question are unreliable because they follow repeated questions asking respondents to consider where the milk is *from* and ask respondents to guess how "likely" it is that the milk comes from cows in Hawaii.

## v.  Summary of Lack of Internal Validity

77.    In summary, Dr. Maronick's surveys lack internal validity. This is due to the biased and leading nature of his survey structure, including the way in which the questions are asked, and the stimuli are presented. Even questions that are similar in character do not measure or demonstrate consistent respondent perceptions. Between the open-ended questions alone, the percent of respondents indicating that the product is "from Hawaii" or local varies between 2.0 to 85.6 percent. Further, between the open-ended and close-ended questions, Dr. Maronick's results can change by more than 37 times their initial estimate (*i.e.*, from 2.0 percent to 74.5 percent) among the same group of respondents.

78.    The inconsistencies in Dr. Maronick's results are due to bias in the form of context effects, priming, and social desirability bias. Predictably, the perception of, and importance placed

---

[84] *Motion for Summary Judgment*, pp. 4-5.

[85] *Maronick Report*, p. 4. In Survey 2, Dr. Maronick includes the question "Based on what is said or suggested on the carton, what percentage of the milk, if any, is likely to have been produced from cows in Hawaii." *Maronick Report,* Exhibit 3.

on, the origin of the milk increases in the later questions in the survey, as respondents come to understand what types of answers the researcher is seeking. Additionally, the effect of social desirability bias on the rate at which respondents report "local" products are important is a well-established bias in the literature and is entirely unaccounted for in Dr. Maronick's surveys.

79.    Finally, a key component of the internal validity of a study designed to evaluate the impact of particular advertising statements is the ability of the research to determine that the measured responses are due to the at-issue claims and are not the result of survey "noise." Here, Dr. Maronick's studies have woefully failed. Without the use of a control group (or even control questions), Dr. Maronick has no way to determine what is causing his respondents to believe the milk is "from Hawaii." That is, he cannot determine whether the observed results are respondents' actual perceptions based on the label claims or are due to biased questions, the biased presentation of stimuli, pre-existing beliefs about Meadow Gold, or something else (*i.e.*, survey "noise," such as guessing). As a consequence, his results are not valid and cannot be used to inform conclusions as to the extent to which the at-issue packaging caused respondents to believe the milk comes from cows located in Hawaii.

## b. Dr. Maronick's Surveys Lack External Validity

80.    Dr. Maronick's research also lacks external validity. External validity refers to the applicability of a study's findings to other settings (*e.g.*, the real world), or populations (*e.g.*, a broader population of consumers).[86] Dr. Maronick's surveys lack external validity because he has not surveyed consumers who purchase milk/dairy products, and his surveys include a substantial proportion of respondents who are not from Hawaii. Consumers who are not purchasing milk/dairy

---

[86] *Shadish et al.,* p. 37.

products are unlikely to be aware of the source of such products and therefore may be more susceptible to biases in the survey. Additionally, the manner in which the stimuli are presented in a number of the survey groups is biased and presumes that consumers focus on specific label elements at the point of purchase in the real world. The failure to identify the correct population for the survey and the biased presentation of the product labeling means that the results from Dr. Maronick's surveys, even if they had internal validity (which they do not), cannot be used to inform conclusions about what actual purchasers of milk/dairy products in Hawaii believe about Meadow Gold's dairy products.

### i. Dr. Maronick Surveys an Irrelevant and Overly Broad Population

81.    Dr. Maronick has not surveyed respondents who purchase milk or other dairy products.[87] In both Survey 1 and Survey 2,[88] respondents qualified simply if they at least shared in the responsibility of grocery shopping for their family. Of course, not all grocery shoppers purchase milk or dairy products (and not all dairy products are at issue here). The fact that Dr. Maronick did not sample purchasers of milk, or for any of the specific types of products at issue here (*i.e.*, whipped cream) is a significant flaw for a number of reasons.

82.    First, there is evidence that Dr. Maronick's surveys include individuals who do not purchase milk or dairy products at all. In Survey 2, respondents were asked (but not qualified on) which brands of dairy products they were familiar with. A total of 51 respondents or 10.2 percent

---

[87] Dr. Maronick acknowledged this in his deposition: "So the answer is I did not -- I didn't screen for those that buy or don't buy dairy." *Maronick Deposition,* 40:5-7.

[88] With the exception of the Materiality Study group.

of the 502 respondents in Survey 2 were not at all familiar with Meadow Gold.[89] Further, a number of respondents in Dr. Maronick's surveys note that they do not drink milk or purchase dairy products. Examples of these respondents are shown below in Figure 5.

### Figure 5. Examples of Respondents Who Indicate They Do Not Purchase Milk/Dairy Products

**STUDY 1**

| Respondent ID | Response |
|---|---|
| R_r9cieLnnDIdiRYB | I dont drink cows milk (Q16) |
| R_0fzn6aVeojpPu5X | Don't drink whole milk (Q16) |
| R_50GQDmFStlB4mKR | because I don't drink milk (Q16) |
| R_3FOnGUS48CKHBiN | I don't buy whipped cream (Q26) |

**STUDY 2**

| Respondent ID | Response |
|---|---|
| R_qDxxw1MoePmkrhn | I don't buy milk (Q19) |
| R_6M4UVco5obz3DI5 | Cow milk is gross no matter what (Q19) |
| R_12cmyYWneWhaEFW | Because I can't drink milk I am allergic to milk (Q19) |
| R_2vkyj2z6MQtYX9F | I don't drink milk (Q31) |
| R_1jrmyyjqT6akUgB | i don't buy or drink cow's milk. it's gross. (Q31) |
| R_5ow5NoCAE9knmQF | I'm vegan. I'm not buying any dairy milk (Q31) |
| R_3Gdln6jW3hauWDh | I don't drink milk from cows (Q31) |
| R_2Qrgr5zhyQh5hzO | I don't purchase cow milk regularly, but if I did, I wouldn't really care (Q31) |
| R_YcdrWrpAf202dfX | I only really drink plant milk so I wouldn't look to buy dairy milk either way. I suppose if I needed animal milk I would lean towards the local option. (Q42) |
| R_1M533cNE38slR5Q | We don't drink milk. (Q52) |
| R_1CIorXWLhNUOYp4 | I am not the [o]ne that chooses what brand of milk to buy. I rarely drink milk. (Q52) |
| R_Ov3NOV6m0k79Qcx | Because i dont drink milk, lactose intolerant. (Q52) |

---

[89] In fact, seven of these 51 respondents unfamiliar with Meadow Gold dairy products were later asked how frequently they purchased Meadow Gold dairy products. One respondent indicated "frequently," three indicated "occasionally" and three indicated "seldom," despite the fact that they had previously indicated they were unfamiliar with the brand. This suggests that either respondents were simply guessing or believed they were answering a question about Meadow Gold products more generally.

83.    Consumers who do not purchase milk or dairy products are unlikely to be aware of or have opinions as to where these products are sourced from. Such individuals may be more likely to guess or be influenced by "cues" in the survey as to the answer desired by the researcher. For example, Respondent R_12cmyYWneWhaEFW (Survey 2) when asked "What, if anything, does the phrase "Hawaii's Dairy" say or suggest to you?" indicated "I don't know I never bought milk," but when asked Dr. Maronick's closed-ended question said that it was "very likely" that the milk is produced by cows in Hawaii. Respondents who do not buy milk or dairy are more likely to be influenced by the demand effects Dr. Maronick has created by repeatedly asking respondents questions as to the source of the milk.

84.    A survey of an overly broad and irrelevant population cannot inform reliable conclusions as to the perceptions of actual purchasers. As noted by Shari Diamond, "The definition of the relevant population is crucial because there may be systematic differences in the responses of members of the population and nonmembers. (For example, consumers who are prospective purchasers may know more about the product category than consumers who are not considering making a purchase.)"[90]

85.    Aside from respondents themselves offering an open-ended response indicating that they do not purchase milk or dairy products, there is no way to identify what share of respondents in Survey 1 and Survey 2 are actually relevant consumers. While Dr. Maronick testified that he did not screen for dairy purchasers because he was concerned it would somehow "cue" respondents,[91] there is no reason a screener question had to only ask about dairy products.

---

[90] *Diamond*, p. 377.

[91] *Maronick Deposition*, 40-41.

43

Respondents could have easily been asked about an array of grocery items, and if they did not select milk or dairy products among their responses, could have been filtered out of the survey. Using this standard approach would not have cued or alerted those proceeding with the survey.[92]

86.    Dr. Maronick's surveys also include a substantial proportion of respondents who are not located in the state of Hawaii. In reviewing the latitude and longitude coordinates that were recorded as to the location of respondents completing Dr. Maronick's surveys, 31.0 percent of respondents in Survey 1 (or 124 of 400) and 10.9 percent of respondents (55 of the 502) in Survey 2 were not located in Hawaii. As I understand in the Complaint, perceptions of these respondents are not relevant in this matter and cannot be relied upon to reflect the opinions of consumers who are located in the state of Hawaii.

87.    Dr. Maronick also likely includes irrelevant respondents in his Materiality Survey. In the Materiality Survey, respondents were asked how frequently they purchase Meadow Gold dairy products. More than 20 percent of the 97 respondents who qualified for this survey indicated that they seldom purchase Meadow Gold dairy products and almost half indicated that they only purchase "occasionally." Since Dr. Maronick does not offer any guidance as to what is meant by "occasionally," this category could also include consumers who are not purchasing Meadow Gold dairy products with any meaningful frequency. Individuals who are not typical dairy purchasers may be less likely to have formulated opinions as to where the products are sourced and again may be more susceptible to "cues" in the survey.

---

[92] Interestingly, Dr. Maronick seemed to have no concerns about specifically identifying and "cueing" Meadow Gold as a brand for his Materiality Survey. To qualify for this survey, respondents were simply asked how frequently they purchase Meadow Gold dairy products.

88.    Furthermore, Dr. Maronick presents no data or evidence that his distribution of respondent purchase frequency in any way appropriately or accurately reflects the actual purchasing population of Meadow Gold purchasers. The extent to which the survey distribution aligns with actual purchasers matters because there is evidence in Dr. Maronick's data that frequency of purchase has an impact on Dr. Maronick's key results. For example, of the frequent Meadow Gold purchasers (*i.e.*, respondents who indicated that they purchase Meadow Gold dairy products "frequently" or "very frequently"), 64.7 percent indicated that they would continue to purchase Meadow Gold if the milk was imported from the U.S. mainland compared to 50.8 percent of occasional purchasers.[93] These data demonstrate that purchasing behavior and familiarity with the brand has a differential impact on the survey results.

## ii.  Biased Presentation of Stimuli Does Not Represent Real World

89.    In both of his surveys, Dr. Maronick encourages respondents to attend to specific elements of the product labeling that they might not otherwise in the real world, creating demand effects. Demand effects occur when respondents "make comparisons or consider relations and other aspects [of products], which they would not have done outside the context of that study (*i.e.*, in the marketplace)."[94] Dr. Maronick creates demand effects in both Survey 1 and Survey 2 by requiring respondents to review (in close detail) an image of the story of the Dairymen's Association that

---

[93] This is based on the sample of respondents who indicated they purchased at least seldomly. While Dr. Maronick's Table 35 includes respondents who stated "never" or "don't know" these respondents were not included in his tabulation of the 502 respondents who completed Survey 2.

[94] Simonson, I., & Kivetz, R. (2012). "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, edited by Diamond, S. S., and Swann, J. B. (hereinafter, *"Simonson"*), p. 244.

45

appears on the side of the product packaging.[95] Further, in Survey 2, respondents in Groups A and B were asked if they noticed the at-issue phrase "Hawaii's Dairy." Those who did not notice the phrase were shown the label again and were asked to specifically take note of the phrase. While his surveys require respondents to focus on particular aspects of the label, Dr. Maronick's own data demonstrate that many respondents did not even notice the at-issue claims. When asked, a total of 44.6 percent of respondents, on average, indicated that they did not see or notice the particular claims, or were unsure.[96] These data demonstrate that Dr. Maronick's surveys, which force respondents to focus on particular claims or statements or think about the origin of the milk, do not reflect the typical way in which consumers interact with the at-issue products. A survey that fails to reasonably and fairly represent the ways in which consumers would view products and make purchasing decisions in the real world creates demand effects and cannot reliably be used to make inferences about consumer perceptions and behaviors.[97]

90.    As with so many of Dr. Maronick's other design choices, there are data demonstrating that forcing respondents to attend to particular information (whether in a question or in the stimulus) has an impact on the results. In this case, requiring respondents who did not notice the specific label claims to answer questions about those claims inflates Dr. Maronick's estimates. To explain, respondents in Survey 1, Group 2 were first asked whether they saw the phrase "Hawaii's Dairy" on the label and only those who indicated "Yes" were asked what this phrase suggests about where the product comes from. These results demonstrate that less than half of

---

[95] This story is printed on the packaging of the quart of 2% milk and the half gallon of 2% milk (Groups 3 and 4 in Survey 1; Groups C and D in Survey 2).

[96] These data are based on a total of 180 respondents (of 404 respondents total) across Survey 1 Groups 1 and 2, and Survey 2 groups A and B, who indicated "No" or "Don't know" when asked whether they noticed the phrase "Hawaii's Dairy" (or "Made with Aloha") on the packaging.

[97] *Simonson*, p. 244.

46

respondents noticed the phrase and indicated that it meant the product was from Hawaii or local.[98]

In contrast, in Survey 2, Groups A and B, respondents who indicated that they did not initially see "Hawaii's Dairy" were shown the product image again and asked to take note of the phrase. All respondents in these studies were then asked what this phrase suggests to them. In Group A, a total of 75 respondents, or 74.3 percent, indicated "Hawaii's Dairy" meant the product was from Hawaii or local, and in Group B, a total of 89 respondents, or 85.6%, indicated the same. In other words, including respondents who did not independently notice the phrase *more than doubles the rate* at which Dr. Maronick estimates "Hawaii's Dairy" conveyed a message to consumers that the product was from Hawaii or was local.[99]

91.    Dr. Maronick's Materiality Survey also lacks external validity for a number of reasons. First, Dr. Maronick has not demonstrated how his representation of a choice between a Meadow Gold product costing $2.10 more than some unknown store brand is a meaningful comparison. Dr. Maronick has provided no indication as to how he identified this as the proper price differential, no indication that any consumer would have viewed or compared only two products, and no indication as to how this exercise actually translates in any way to what consumers were evaluating in the real world.

92.    Second, Dr. Maronick has not designed a survey that would allow him to accurately determine what "premium," if any, is attributable to respondents being misled as to the origin of Meadow Gold milk. Instead, Dr. Maronick has presented respondents with a hypothetical scenario

---

[98] This approach, in which only those respondents who indicated they noticed a product feature are asked a follow-up question about that feature, is consistent with Dr. Maronick's own testimony: "If you ask a broad opened-end question and then say yes, here's a specific statement within that and you ask them did you see that, and **if they say yes** you ask them about it." (emphasis added) *Maronick Deposition*, 27:24-28:2.

[99] Again, this is not meant to indicate that I agree with Dr. Maronick's coding. Also note that Table 8 in Dr. Maronick's report appears to contain an error as the total is listed as "7."

in an attempt to determine how many respondents would be willing to pay $2.10 for a branded Meadow Gold dairy product versus a store-branded product that is produced on the U.S. mainland. There is no way to determine, using Dr. Maronick's scenario, why respondents were willing to pay a premium for Meadow Gold dairy products. Specifically, Dr. Maronick cannot attribute this price differential to beliefs about where the milk is sourced. Respondents could have preferred the more expensive Meadow Gold product because they know or like the brand, or because they never purchase store brands, or because the store brand is not defined so they would prefer the known product, *etc*.[100]

93.     Dr. Maronick's surveys lack external validity as he has surveyed an overly broad population, a substantial proportion of which do not come from Hawaii, and he has presented and tested the products in ways that consumers would not experience in the real world.

## c. Dr. Maronick's Analysis is Replete with Errors, Undermining the Reliability of his Opinions

94.     The tables in Dr. Maronick's report are replete with errors; 30, or more than three quarters, of the 42 tables in Dr. Maronick's report contain errors. The reporting errors range from simple tabulation and reporting mistakes to more egregious errors in calculations that, in some cases, inflate the percentages Dr. Maronick reports and relies upon to support his conclusions. In Table 3 below I provide a summary of the error types and the tables affected.

---

[100] In fact, respondents who "frequently" (or "very frequently") purchase Meadow Gold dairy products are statistically significantly more willing to pay the $2.10 "premium," compared to respondents who only purchase Meadow Gold occasionally, or seldomly. This difference indicates that brand familiarity, as opposed to source of the milk, may be driving Dr. Maronick results.

48

**Table 3. Summary of Errors Found in Dr. Maronick's Report Tables**

| Type of Error | Tables where error occurs |
|---|---|
| Tabulation errors (in the counts or percentages of respondents indicating a particular response) | Tables 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 23, 24, 25, 28, 29, 30, 32, 35, and 37 |
| Misrepresentation in how percentages are calculated (*i.e.*, does not use number of respondents, as stated) | Tables 2, 7, 12, 17, 23, 29, 36, and 37 |
| Wrong denominator used to calculate percentages (in most cases inflating the value reported and relied upon for conclusion) | Tables 13, 18, and 30 |

95.    The type of error having the largest impact is Dr. Maronick's use of the incorrect denominator to calculate and represent the percentage of respondents who would interpret the labels to convey a specific meaning.  For example, in Table 30, Dr. Maronick reports the percent of respondents who provide a verbatim response to what the label communicates about where the milk comes from. However, he erroneously limits his denominator to only those respondents who previously indicated that "Yes" the label communicates something about where the product comes from. Not only is this incorrect, it also *severely inflates* the true percentage of respondents who believe the label communicates anything about where the product comes from because roughly a third of respondents in each group indicated that the label does not communicate anything about where the product comes from (31.7 percent in Group C; 34.3 percent in Group D) and are not included in the denominator used. The correct calculation would be to estimate the percentage of respondents who believe the label communicates that the product is local or from Hawaii among *all respondents who were shown the label*. When I correctly account for the respondents who did not take away a message about where the product is from, the share of consumers who believe the

49

label communicates that the product is local or "from Hawaii" drops from 77.2 percent in Group C to 53.5 percent, and from 73.9 percent in Group D to 48.5 percent.[101]

96.    Dr. Maronick's report tables contain several additional errors. Tables 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 23, 24, 25, 28, 29, 30, 32, 35, and 37 all contain one or more errors in the tabulation of the counts or percentage of respondents indicating a particular response option. For example, Table 4 shows the count and percentages of respondents from Survey 1, Group 1 (Gallon of Whole Milk) who indicate the milk is either "very likely," "somewhat likely," "neither likely nor unlikely," "somewhat unlikely," or "very unlikely," (or "don't know") from Hawaii. Only 100 respondents were asked this question, yet this table sums to 103 respondents. This calculation comes from three separate errors in Table 3, in which an additional response was added to each of the tabulations of respondents who said "very likely," "somewhat likely," and "very unlikely."

97.    Additionally, in Tables 2, 7, 12, 17, 23, 29, 36, and 37, Dr. Maronick indicates that the percentages represented in these tables are based on the total number of *respondents* in these groups (*i.e.*, the total number of respondents is used as the denominator to calculate the percentages). However, not only is this incorrect, but also the denominator used is inconsistent across each group. In some of these calculations, the number is based on the total number of *responses* provided/coded,[102] and in other calculations, the number is neither the total number of *respondents* nor the total number of *responses*, but some other number. In *none of these tables* has Dr. Maronick used the total number of respondents.

---

[101] Calculated using Dr. Maronick's coding of responses, which I do not agree with.

[102] Dr. Maronick's tables indicate "Multiple responses accepted."

98.    In addition to the errors in the coding, tabulation, and calculation of Dr. Maronick's data, there are also concerns about the quality of the data itself. In reviewing Dr. Maronick's data, it appears that several "bad respondents" were included in the final analyses for both Survey 1 and 2. These respondents have been identified through open-ended comments that are nonsensical, inappropriate, or demonstrate that they do not understand the question asked.[103] Moreover, had Dr. Maronick reviewed the quality of his data, he would have noticed that a substantial proportion of his respondents (more than 30 percent in Survey 1) were not located in Hawaii.

99.    In summary, more than three quarters of the tables in Dr. Maronick's report contain errors ranging from simple tabulation mistakes to more egregious errors that substantially alter the percentages he reports and relies upon to form his conclusions. The quality of the data that Dr. Maronick relies upon is also concerning, given a substantial proportion of his respondents are not located in the state of Hawaii and many provide non-sensical or otherwise inappropriate responses indicating they did not understand the questions or were inattentive during the survey.

## VII.  CONCLUSIONS

100.    Dr. Maronick's surveys and results are wholly unreliable and do not support Plaintiffs' claims that consumers are materially misled by Meadow Gold's milk and dairy product packaging. Dr. Maronick's surveys lack internal validity, and his questions are not reliably measuring actual perceptions of the at-issue statements on the Meadow Gold milk or dairy products. The lack of consistency and the inflated numbers Dr. Maronick relies on are the result of leading and biased questions and a biased presentation of certain stimuli. Further, the variability in his

---

[103]  For example, Respondent R_1gonCjBHICph815 states "TONI BASIL – Mickey" at Q26 and Respondent R_12nKxVELA7nxTyb indicates "I want to have powers and save the world" at Q21. See also, Respondents R_1dohSKLdoLp0XxO, R_3MnFKLPrYchmkTg, R_2a8NNen1HqJ2enS, R_DFW1I3YhonakFGh, R_2wO08qb1DriDD6W, R_2AYZePUWH6jV4II, R_9t2Zev1ixfaH9nz, R_1gOUoPdChUKY2i7, and R_3DcknsiOKfjeQ6w.

51

results demonstrate that Dr. Maronick is not actually measuring consumer perception but is instead generating data that reflect the manner in which he has presented the stimuli and asked the questions. Dr. Maronick's surveys also lack external validity because he has not screened for respondents who purchased milk or dairy products,[104] he has included a substantial number of respondents not located in Hawaii, and his surveys do not present the stimuli in a realistic manner. Finally, and further undermining any reliability associated with these surveys, Dr. Maronick's tabulations are fraught with errors, and the quality of his data is concerning.

101.    My opinions and conclusions as expressed in this report are to a reasonable degree of professional and scientific certainty. My conclusions have been reached through the proper application of survey and other research methods and using standard methodologies relied upon by experts in the field of survey, market, and consumer research. Dr. Maronick's work violates many of these standard and accepted survey principles. My work is ongoing, and my opinions will continue to be informed by any additional material that becomes available to me. I reserve the right to update and/or supplement my opinions if Plaintiff's experts provide additional information. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California on September 8, 2023.

Sarah Butler, Senior Managing Director

---

[104] With the exception of his Materiality Survey group of 97 qualified respondents. See paragraph 80 for more detail.