# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00460 LEK-WRP |
| CASE NAME: | Hawaii Foodservice Alliance, LLC v. Meadow Gold Dairies Hawaii, LLC, et al. |
| ATTYS FOR PLA: | Kelly LaPorte, Esq.<br>Amanda Jones, Esq.<br>Lindsay McAneeley, Esq. |
| ATTYS FOR DEFT: | Paul Alston, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | ZOOM |
| DATE: | 08/22/2024 | TIME: | 3:54 pm - 4:05 pm |

COURT ACTION:   EP: SETTLEMENT ON THE RECORD

Kelly LaPorte, Amanda Jones, and Lindsay McAneeley appeared for Plaintiff. Client representative Chad Buck also appeared.

Paul Alston appeared on behalf of Defendants. Bahman Sadeghi, client representative, also appeared.

The Court held a Settlement on the Record.

The Court stated the key terms on the record. Counsel concurs.

The Court found that the parties have entered into a valid and enforceable settlement.

Stipulation for Dismissal shall be submitted to smith_orders@hid.uscourts.gov, copied to porter_orders@hid.uscourts.gov, no later than October 7, 2024.

All dates and deadlines, including trial, are VACATED.

*Submitted by: Jocelyn Orosz, Courtroom Manager*