CADES SCHUTTE
A Limited Liability Law Partnership
KELLY G. LAPORTE 6294
AMANDA M. JONES 8854
LINDSAY N. MCANEELEY 8810
TRISHA H.S.T. AKAGI 10186
NICOLE K. C. YAMANE 11495
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: klaporte@cades.com
ajones@cades.com; lmcaneeley@cades.com;
takagi@cades.com; nyamane@cades.com
Attorneys for Plaintiff
HAWAII FOODSERVICE ALLIANCE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HAWAII FOODSERVICE ALLIANCE, LLC, a Hawaii limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MEADOW GOLD DAIRIES HAWAII, LLC, a Hawaii limited liability company; HOLLANDIA DAIRY, INC., a California corporation; HERITAGE DISTRIBUTING COMPANY dba NINTH AVENUE FOODS, a California corporation; and SAPUTO DAIRY FOODS USA, LLC, a Delaware corporation,<br><br>Defendants. | CIVIL NO. 21-00460 MWJS-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br>Trial Judge: Hon. Micah W. J. Smith<br><br>Trial Date: August 26, 2024 |

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

WHEREAS, on November 24, 2021, Plaintiff Hawaii Foodservice Alliance, LLC ("**Plaintiff**") filed a Complaint in the United States District Court for the District of Hawai‘i (the "**Court**") in Civil No. 1:21-cv-00460 (the "**Lawsuit**") against Meadow Gold Dairies Hawaii, LLC ("**MGD**"), Hollandia Dairy, Inc. ("**Hollandia**"), Heritage Distributing Company dba Ninth Avenue Foods ("**Heritage**"), and subsequently filed a First Amended Complaint against MGD, Ninth Avenue, Hollandia, and Saputo Cheese USA Inc. fka Saputo Dairy Foods USA, LLC ("**Saputo**") in the Lawsuit on April 18, 2022, followed by a Second Amended Complaint on February 1, 2023.

IT IS HEREBY STIPULATED by and between Plaintiff, MGD, Hollandia, Heritage, and Saputo, by and through their respective counsel, pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai‘i, that all claims and all parties are dismissed with prejudice.

There are no remaining claims or parties. All parties that made an appearance in the case have signed this stipulation for dismissal with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai‘i, October 11, 2024.

CADES SCHUTTE
A Limited Liability Law Partnership

*/s/ Kelly G. LaPorte*
KELLY G. LAPORTE
AMANDA M. JONES
LINDSAY N. MCANEELEY
TRISHA H.S.T. AKAGI
NICOLE K. C. YAMANE

Attorneys for Plaintiff
HAWAII FOODSERVICE ALLIANCE, LLC

DENTONS US LLP

*/s/ Erika L. Amatore*
PAUL ALSTON
ERIKA L. AMATORE
CHRISTINE BELCAID
WENDY F. HANAKAHI
Attorneys for Defendants
MEADOW GOLD DAIRIES HAWAII LLC; HOLLANDIA DAIRY, INC.; HERITAGE DISTRIBUTING COMPANY dba NINTH AVENUE FOODS; and SAPUTO CHEESE USA INC. fka SAPUTO DAIRY FOODS USA, LLC

APPROVED AS TO FORM:




/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge